UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4064 JAK (FFMx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | CARLA F. v. CHIPOTLE MEXICAN GRILL, INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On December 18, 2012, defendant filed its "Supplemental Declaration of Charles C. Cavanagh, in Support of Defendant Chipotle Mexican Grill, Inc.'s Motion to Compel." Mr. Cavanagh states that plaintiff has ignored this Court's order to meet at the office of defendant's counsel. Given the foregoing:

Plaintiff is **Ordered to Show Cause**, by written application to be filed on or before January 3, 2013, why this action should not be dismissed for failure to prosecute and failure to comply with the Court's order.

IT IS SO ORDERED.

:

Initials of Preparer     JM